UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

*RECEIVED AND FILED*
*00 MAY -4 PH 2: 18*
*U.S. CLERK'S OFFICE*
*DIST. COURT*
*SAN JUAN, P.R.*

THE COMMONWEALTH OF PUERTO
RICO, et al.,

            **Plaintiffs,**

CIVIL NO. 98-1420 (DRD)

       **vs.**

TEXTILE APPAREL GROUP, INC., et al.
          **Defendants.**

## ORDER

On January 21, 2000, the Defendant, Robeson Sewing Machine Company ("Robeson"), filed a Motion to Dismiss (Docket No. 9), extensively documenting Plaintiffs' inactivity since filing this case and Robeson's attempts to expedite this matter. Robeson requests the dismissal of this action due to Plaintiffs' lack of prosecution. Further, Defendant, Textile Apparel Group, Inc. ("Textile"), on February 3, 2000, filed a motion (Docket No. 11) joining Robeson's motion to dismiss and detailing Textile's attempts to get the ball rolling in this controversy.

Plaintiffs have not responded. The Court is strongly convinced that Plaintiffs inaction in this case merits sanction and probably dismissal. Therefore, Plaintiffs are **ORDERED TO SHOW CAUSE by May 25, 2000** why the Court should not summarily grant the Defendants' motions to dismiss for lack of prosecution and dismiss this case. At a minimum, the Plaintiffs should include evidence of the work put into resolving this case such as attorney hours expended, motions filed, discovery propounded and produced, etc. Absolutely no extensions will be granted and will be summarily stricken. Failure to timely respond shall result in dismissal of this case.

**IT IS SO ORDERED.**

Date: May 3, 2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

P \PEACHORD ERS\98-1420 OSC