IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE COMMONWEALTH OF PUERTO
RICO, ET AL

    **Plaintiff(s)**

    v.                      CIVIL NO. 98-1420 (JAG)

TEXTILE APPAREL GROUP, ET AL

    **Defendant(s)**

---

**ORDER AND JUDGMENT**

On September 15, 2000, the Court ordered plaintiffs to show cause by September 29, 2000 why this case should not be dismissed for lack of subject matter jurisdiction (Docket #20). On September 28, 2000, plaintiffs filed a Motion in Response to the Court's Order to Show Cause (Docket #21) basically agreeing with the Court's views in the Order to Show Cause and requesting that the case be dismissed without prejudice.

The Court GRANTS plaintiffs' Motion in Response to Order to Show Cause and dismisses this case without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of January, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge